FILED
CLERK, U.S DISTRICT COURT

JUL 22 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELISSA NICHOLE MEJIA<br><br>Defendant. | Case No. SACR 04-202 DOC<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a) (6)<br>18 U.S.C. § 3143 (a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

On arrest warrant issued by the United States District Court for the Central District of California involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. ( ) the safety of any person or the community.

2. The Court concludes:

    A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the

community. Defendant poses a risk to the safety of other persons or the community based on:

_____
_____
_____
_____
_____

B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that s/he is not likely to flee if released. Defendant poses a flight risk based on:

prior failures to report to residential treatment program and Detection and Treatment Resources, Inc.; failure to report change of residence to Probation Office

IT IS ORDERED that defendant be detained.

DATED: 7/22/08

*Alicia G. Rosenberg*
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE